STATE OF NEW HAMPSHIRE

MERRIMACK, SS.                                    MERRIMACK SUPERIOR COURT
                                                  Docket No.: 09-C-523

Tammy Nedeau,

v.

Kwik Stop, LLC and PJ Patel Corp.

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   William S. McGraw, Clerk
      Merrimack Superior Court
      P.O. Box 2880
      Concord, NH 03302-2880

      Benjamin T. King, Esq.
      Douglas, Leonard & Garvey, P.C.
      6 Loudon Road, Suite 502
      Concord, NH 03301

Notice is hereby given on this date that the defendant, Kwik Stop, LLC, timely filed a Notice of Removal of the above-captioned action in the United States District Court for the District of New Hampshire pursuant to 28 U.S.C.§ 1331, and 28 U.S.C. § 1441(a), (b), and (c) and 28 U.S.C. § 1446, et seq. A copy of the Notice of Removal is appended hereto and served herewith as Exhibit A.

                                    Respectfully submitted,

                                    Defendant,

                                    By its attorneys:

                                    WILSON ELSER

Dated:  Decemeber 17, 2009  By:  _____
                                    Christopher P. Flanagan, Bar No. 16231
                                    260 Franklin Street – 14th Floor
                                    Boston, MA 02110-3112
                                    (617) 422-5306

186679.1

## CERTIFICATE OF SERVICE

I, Christopher P. Flanagan, hereby certify that on this 17th day of December 2009, a copy of the foregoing was served on counsel of record by first class mail, postage prepaid.

_____
Christopher P. Flanagan

186679.1