UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Tammy Nedeau, on behalf of herself individually and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Kwik Stop, LLC and PJ Patel Corp.<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 1:09-cv-442-PB<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF KWIK STOP, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Tammy Nedeau and Kwik Stop, LLC hereby stipulate and agree that the above captioned action shall be, and hereby is, dismissed with prejudice and without costs or attorney's fees. The claim against PJ Patel Corp. has already been dismissed with prejudice.

Dated: February 17, 2011

For Tammy Nedeau,

__/s/Benjamin T. King_____
Benjamin T. King, Bar No. 12888
Douglas, Leonard & Garvey, P.C.
6 Loudon Road, Suite 502
Concord, NH 03301
Telephone: (603) 224-1988
Facsimile: (603) 229-1988
E-mail: benjamin@nhlawoffice.com

For Kwik Stop, LLC,

___/s/Christopher P. Flanagan_____
Christopher P. Flanagan, Bar No. 16231
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
Telephone: (617) 422-5300
Facsimile: (617) 423-6917
E-mail: christopher.flanagan@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the within document to be served on all counsel of record via the ECF system.

___/s/Benjamin T. King_____
Benjamin T. King